U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 25 2013

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DWAINE BALDWIN, §
§
    Plaintiff, §
§
VS. § NO. 4:13-CV-246-A
§
BANK OF NEW YORK MELLON f/k/a §
BANK OF NEW YORK, AS SUCCESSOR §
IN INTEREST TO JP MORGAN CHASE §
BANK, N.A., AS TRUSTEE FOR §
BEAR STEARNS ASSET BACKED §
SECURITIES, BEAR STEARNS ALT-A §
TRUST, MORTGAGE PASS THROUGH §
CERTIFICATES SERIES 2006-1, §
McCARTHY, HOLTHUS AND §
ACKERMAN, LLP, §
§
    Defendants. §

O R D E R

Came on for consideration the motion for leave to proceed in forma pauperis in a new civil case, filed in the above-captioned action by plaintiff, Dwaine Baldwin. On April 3, 2013, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by April 24, 2013. Copies of the proposed findings, conclusions, and recommendation were sent to plaintiff and defendants. No objections have been filed by any party. After a review of the file, the court adopts the

magistrate judge's proposed findings and conclusions and accepts the magistrate judge's recommendation.

Therefore,

The court ORDERS that plaintiff's motion to proceed in forma pauperis be, and is hereby, denied.

The court further ORDERS that plaintiff by 4:00 p.m. on May 2, 2013, pay to the clerk of Court the full filing fee of $350.00 if plaintiff wishes to proceed in the above-captioned action. If plaintiff fails to pay such fee, his complaint will be subject to dismissal without further notice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED April 25, 2013.

_____
JOHN McBRYDE
United States District Judge